### In re LINK-BELT CO.

(Court of Appeals of District of Columbia. Submitted May 14, 1919. Decided June 2, 1919.)

#### No. 1224, Patent Appeals.

TRADE-MARKS AND TRADE-NAMES ☞3(5)—REGISTRATION—WORDS DESCRIBING QUALITY OF GOODS—"SERVICE."

Under Trade-Mark Act Feb. 20, 1905, § 5 (Comp. St. § 9490), specifying trade-marks which may be registered, the word "Service," surmounting a bar with V-shaped ends, is descriptive of the quality of the goods, and not entitled to registration as a trade-mark for rubber and fabric belts.

Appeal from the Commissioner of Patents.

Application by the Link-Belt Company to register a trade-mark. From a decision by the Commissioner of Patents, refusing registration, the applicant appeals. Affirmed.

J. S. Barker, of Washington, D. C., and Francis W. Parker and Francis W. Parker, Jr., both of Chicago, Ill., for appellant.

Theodore A. Hostetler, of Washington, D. C., for Commissioner of Patents.

VAN ORSDEL, Associate Justice. This appeal is from the decision of the Commissioner of Patents refusing registration of the word "Service," surmounting a bar with V-shaped ends, as a trade-mark for rubber and fabric belts.

We are of opinion that the word "Service" in this instance would be descriptive of the quality of the goods. It has a fixed meaning in trade generally as indicating that goods so described are serviceable, and will not only wear well, but are especially adapted to meet the requirements of the user of the goods to which the mark is applied. It was not error to refuse registration of the mark under the provisions

of section 5 of the Trade-Mark Act of February 20, 1905 (33 Stat. 725, c. 592 [Comp. St. § 9490]).

The decision of the Commissioner of Patents is affirmed, and the clerk is directed to certify these proceedings as by law required.

Affirmed.